**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**STACY ABRAM JR.**                                                                           **PLAINTIFF**

**v.**                                                    **NO. 3:04-CV-00245 GTE**

**RICHARD "DICK" BUSBY, et al.**                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed in this matter this date granting summary judgment in favor of Separate Defendants Sheriff Richard Busby, Chief Deputy Bill Covington, Jerry Eaves, Samuel Siddell, and the City of West Memphis, it is hereby CONSIDERED, ORDERED, AND ADJUDGED that the Amended Complaint in this matter be, and it hereby is, dismissed in its entirety as to said Defendants. With regard to Separate Defendant Sherman Smith, it is CONSIDERED, ORDERED AND ADJUDGED that the Amended Complaint in this matter be, and it is hereby, dismissed except with regard to any claims related to the alleged failure to train or to supervise Separate Defendant Alvin Miller.

IT IS SO ORDERED THIS   16th   day of February, 2006.

                                                                    /s/Garnett Thomas Eisele
                                                               UNITED STATES DISTRICT JUDGE